# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

CLARENCE REDMOND LOGUE, JR., )
a/k/a Clay Logue, )
)
      Plaintiff, )
)
v. ) Case No. CV408-028
)
CHATHAM COUNTY DETENTION )
CENTER, PRISON HEALTH SERVICES, )
et al., and MELONY HIGGINS, District )
Attorney's Office, )
)
      Defendants. )

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this 2 day of April, 2008.

_____
B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA