UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | |
|---|---|
| CLARENCE REDMOND LOGUE, JR., a/k/a Clay Logue | ) ) ) |
| Plaintiff, | ) ) ) Case No. CV408-028 |
| v. | ) ) |
| PRISON HEALTH SERVICES, et al., | ) ) |
| Defendants. | ) ) |

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this 22nd day of May, 2008.

J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA